IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER KAY STARLIPER,** | CIVIL NO. 1:12-CV-0394 |
| Plaintiff | |
| v. | (Judge Rambo) |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | (Magistrate Judge Carlson) |
| Defendant | |

# O R D E R

Before the court is an August 28, 2013, report of the magistrate judge (doc. 16) in which he recommends that the captioned appeal from a decision of the Commissioner of Social Security be remanded to the Commissioner for further consideration. Objections to the report and recommendation were due September 16, 2013 and, to date, no objections have been filed.

Accordingly, upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT:**

    1) The court adopts the report and recommendation of Magistrate Judge Carlson.

    2) The captioned action is remanded to the Commissioner for further administrative proceedings in accordance with the report and recommendation of the magistrate judge.

    3) The Clerk of Court shall close the file.

                                            s/Sylvia H. Rambo
                                            United States District Judge

Dated: September 19, 2013.